UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARNIE SMITHERS,<br>    Plaintiff,<br><br>  v.<br><br><br>UNITED HOME CARE SERVICES, INC.,<br>UNITED HAND AND REHABILITATION<br>SERVICES, INC., DAWN NORTON<br>DIGIAMMARINO, AND NORMA<br>RICHARDSON,<br>    Defendants | CIVIL ACTION NO:<br>1:14-10132-FDS |

## **JUDGMENT**

Saylor, D. J.

    It is hereby ORDERED:

    JUDGMENT for the plaintiff and against the defendants, United Home Care Services, Inc., United Hand and Rehabilitation Services, Inc., Dawn Norton DiGiammarino, and Norma Richardson in accordance with the Agreement for Judgment[1] dated November 13, 2014.

    So Ordered.

    F. DENNIS SAYLOR, IV
    UNITED STATES DISTRICT JUDGE

    By the Court:
November 20, 2014    /s/ Lisa Pezzarossi
Date    Deputy Clerk

---

[1] A copy of the Agreement to Judgment attached hereto.